FILED

APR 17 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                              No. C 12-0205 WHA (PR)

                                                   **ORDER OF DISMISSAL**
TERRY RAY HAWES,

            Plaintiff.

                                                   (Docket No. 5)
_____/

On January 12, 2012, plaintiff, a prisoner of the State of California, filed a letter complaining of actions by prison employees. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and Plaintiff filed another letter and filed an incomplete IFP application. He has not filed a complaint, and as a result has not named any defendants or identified any claims he wants to bring. Accordingly, this case is **DISMISSED** without prejudice. *See Thomas v. Anchorage Equal Rights Comm'n*, 220 F.3d 1134, 1138-39 (9th Cir. 2000) (en banc) (federal courts are restricted by the constitution to ruling on cases or controversies). The incomplete IFP application is **DENIED**. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April ____, 2012.

                                    _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\HAWES0205.DFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE TERRY HAWES,

              Plaintiff,

   v.

IN RE TERRY HAWES et al,

              Defendant.
_____/

Case Number: CV12-00205 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Terry Ray Hawes
AB7051
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Dated: April 19, 2012

                        Richard W. Wieking, Clerk
                        By: Lili M. Harrell, Deputy Clerk